ACCEPTED
04-15-00439-cr
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/16/2015 10:14:36 AM
KEITH HOTTLE
CLERK

**Cause No. 04-15-00438-CR and 04-15-00439-CR**

| | | |
|---|---|---|
| **CHRISTOPHER PADILLA,** | § | **FROM THE 399ᵀᴴ DISTRICT COURT** |
| **Appellant** | § | |
| | § | |
| **v.** | § | **NO'S 2013-CR-4826B AND 2013CR4827** |
| | § | |
| **STATE OF TEXAS** | § | |
| **Respondent.** | § | **BEXAR COUNTY, TEXAS** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/16/15 10:14:36 AM
KEITH E. HOTTLE
Clerk

## SECOND MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF THE FOURTH COURT OF APPEALS:**

COMES NOW, CHRISTOPHER PADILLA, Appellant, and files this motion for an extension of time in which to file his brief pursuant to Texas Rule of Appellate Procedure 10.5(b). In support of this motion, Appellant shows the court the following:

I.

Appellant pleaded not guilty to murder and robbery, but a jury found him guilty. Appellant was sentenced to 52 years and 20 years in the Texas Department of Criminal Justice on June 15, 2015.

II.

The clerk's record was filed August 6, 2015 and the reporter's record is noted as having been filed September 18, 2015 as well as October 5, 2015. This Court granted Appellant's First Motion for Extension and extended the time to November 18, 2015.

III.

Undersigned counsel requests additional time to review the records in this case and research the issues to present Appellant with a meaningful appeal. In addition to her regular

1

trial docket, counsel has had to prepare for trial in *State v. Mason*, cause no. 481475, *State v. McCumber,* cause no. 478321 and is currently preparing for a trial in *State v. Cordero*, 2013-CR-9774 that set for trial on November 30, 2015 in the 437th Judicial District Court.

Because undersigned counsel is anticipating to be in trial the first week of December on multiple felony counts and because the holidays are coming up, counsel requests a 60 day extension. This will be the final request for an extension.

WHEREFORE, Appellant prays the Court grants this first request and extend the time for filing his brief to January 18, 2015.

Respectfully Submitted:

__/s/Dayna L. Jones_____
DAYNA L. JONES
Bar No. 24049450
LAW OFFICE OF DAYNA L. JONES
1800 McCullough Avenue
San Antonio, Texas 78212
(210) 255-8525
(210) 223-3248 – FAX

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Motion has been delivered *via* fax to the Bexar County District Attorney's Office at 210-335-2436.

___/s/Dayna Jones_____
DAYNA JONES

| | | |
|---|---|---|
| **CHRISTOPHER PADILLA,** | § | **FROM THE 399TH DISTRICT COURT** |
| **Appellant** | § | |
| | § | |
| **v.** | § | **NO'S 2013-CR-4826B AND 2013CR4827** |
| | § | |
| **STATE OF TEXAS** | § | |
| **Respondent.** | § | **BEXAR COUNTY, TEXAS** |

## ORDER ON APPELLANT'S SECOND
## MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF


On this the _____ day of _____, 2015, came to be heard Appellant's Second

Motion for Extension of Time to File his brief, and it appears to the court that this motion should

be: **GRANTED.**

IT IS THEREFORE ORDERED that the time for filing Appellant's Brief in this cause be

extended to January 18, 2015.


_____

JUDGE PRESIDING

SIGNED THIS THE _____ DAY OF _____, 2015.